IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS A. LIEBERMAN, et al.,

    Plaintiffs,

vs.

JON HUSTED, Individually, and
in His Official Capacity as
SECRETARY OF THE STATE OF OHIO,

    Defendant.

Case No. 3:12cv297

JUDGE WALTER HERBERT RICE

---

ENTRY DECLARING PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER (DOC. #2) TO BE MOOT; DATE SET FOR
ORAL AND EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION; PRE-EVIDENTIARY HEARING
CONFERENCE CALL SET

---

Pursuant to the record made, during a September 11, 2012, conference call had between Court and counsel, the Plaintiffs' Motion for Temporary Restraining Order (Doc. #2) is deemed by this Court to be moot and same will, therefore, not be ruled upon.

An oral and evidentiary hearing on the Plaintiffs' Motion for Preliminary Injunction will be held, in open Court, beginning at 9:30 a.m. on Friday, September 21, 2012, with a pre-hearing telephone conference call, between Court and counsel, to be held beginning at 4:15 p.m. on Wednesday, September 19, 2012.

September 18, 2012

*(signed)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

-2-

Copies to:

Counsel of Record