IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DENNIS A. LIEBERMAN, et al. | : | Case No. 3:12-cv-00297 |
| Plaintiffs, | : | (Judge Walter Herbert Rice) |
| v. | : | |
| JON HUSTED, etc. | : | **ORDER ADDING INDISPENSIBLE PARTIES** |
| Defendant. | : | |

As requested in the Defendant's Motion to Vacate and/or Continue September 21, 2012 Preliminary Injunction Hearing (Doc. No. 12), and pursuant to discussion held at the Pre-Hearing Conference on September 19, 2012 and Fed. R. Civ. P. 19, it is hereby ordered that Rhine McLin and John Doll are joined in this action as indispensible parties.

**SO ORDERED.**

September 21, 2012

Walter Herbert Rice
United States District Judge

Copies to: Counsel of Record