IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS A. LIEBERMAN, et al.,

    Plaintiffs,

vs.

Case No. 3:12cv297

JON HUSTED, Individually, and
in His Official Capacity as
SECRETARY OF THE STATE OF OHIO,

JUDGE WALTER HERBERT RICE

    Defendant.

---

ENTRY SETTING BRIEFING SCHEDULE AND DATE FOR DECISION
ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

---

    Following the conclusion of the oral and evidentiary hearing on the Plaintiffs' oral motion for preliminary injunctive relief on September 21, 2012, the following briefing schedule was discussed and agreed upon: The parties will file simultaneous memoranda at the close of business on Tuesday, October 9, 2012, with simultaneous reply memoranda being filed at the close of business on Wednesday, October 17, 2012. The Court will file its decision on said motion by the close of business on Tuesday, October 23, 2012.

October 1, 2012

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record